██ In the Matter of Kenneth Friedhaber, Petitioner, and Elizabeth Wagner et al., Appellants, v Town Board of Town of Sheldon, et al., Respondents. [872 NYS2d 361]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Wyoming County (John M. Curran, J.), entered October 24, 2007 in a proceeding pursuant to CPLR article 78. The judgment, among other things, dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the

decision at Supreme Court (*Friedhaber v Town Bd. of Town of Sheldon*, 16 Misc 3d 1140[A], 2007 NY Slip Op 51772[U] [2007]). Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. [*See* 16 Misc 3d 1140(A), 2007 NY Slip Op 51772(U).]